IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 5:22-cv-00051-KDB-DCK

| | |
|---|---|
| YOUBE T. HOLDER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| DAVIS REGIONAL MEDICAL CENTER and MORRISON MANAGEMENT SPECIALISTS, INC. (formerly known as MORRISON HEALTH CARE, INC., | ) ) ) ) ) |
| Defendants. | ) ) |

## MOTION TO WITHDRAW AS COUNSEL

1. Geraldine Sumter and Ferguson, Chambers & Sumter, P.A., hereby respectfully move to withdraw from representing the Plaintiff, Yoube T. Holder, Jr., in connection with this matter.

2. During a conversation with Plaintiff, Attorney Sumter learned that there was a potential conflict of interest in her continuing to represent the Plaintiff. Plaintiff's counsel contacted the North Carolina State Bar to obtain a recommendation. After consultation with the State Bar, Plaintiff's counsel was advised that her initial concern that she would need to withdraw from representing Plaintiff was accurate, given the facts.

3. This conflict of interest is in no way a representation against the Plaintiff or in any way sheds a negative light of him.

4. Plaintiff's counsel notified opposing counsel of the need to withdraw and both opposing counsel's firms have indicated that they do not oppose the Motion to Withdraw.

5. Plaintiff has been made aware of the need to file this Motion by letter.

6. Plaintiff will need to secure new counsel. Towards that end, Plaintiff's current counsel respectfully requests that the Court extend the current deadlines to allow Plaintiff an opportunity to obtain new counsel and for that counsel to become familiar with the file.

This 21st day of March, 2023.

*/s/ Geraldine Sumter*
Geraldine Sumter
N. C. Bar No. 11107
Ferguson Chambers & Sumter, P.A.
309 East Morehead Street, Suite 110
Charlotte, North Carolina 28202
Telephone: (704) 375-8461
Facsimile: (980) 938-4867
Email: gsumter@fergusonsumter.com

*Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Motion to Withdraw As Counsel with the Clerk of Court using the CM/ECF system which was served electronically on the following:

> Deanna D. Anderson
> Parry Law, PLLC
> 100 Europa Drive, Suite 351
> Chapel Hill, North Carolina 27517
> Telephone: 919/913-3320
> Facsimile: 919/869-2600
> E-Mail: dda@parryfirm.com
> ***Attorneys for Davis Regional Medical Center***
>
> Jared E. Gardner
> John A. Bruno
> Gardner Skelton PLLC
> 505 East Boulevard
> Charlotte, North Carolina 28203
> Telephone: (704) 335-0350
> Facsimile: (704) 390-7027
> Email: jared@gardnerskelton.com
> Email: john.bruno@gardnerskelton.com
> *Attorneys for Defendant Morrison Management Specialists, Inc.*

This 21st day of March, 2023.

> **/s/ Geraldine Sumter**
> Geraldine Sumter
> N.C. Bar Number 11107
> Ferguson Chambers & Sumter, P.A.
> 309 East Morehead Street, Suite 110
> Charlotte, North Carolina 28202
> Telephone: (704) 375-8461
> Facsimile: (980) 938-4867
> Email: gsumter@fergusonsumter.com
>
> Attorney for Plaintiff