# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CIVIL ACTION NO. 5:22-CV-051-KDB-DCK

| | |
|---|---|
| YOUBE T. HOLDER, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| DAVIS REGIONAL MEDICAL CENTER, and MORRISON MANAGEMENT SPECIALISTS, INC., f/k/a MORRISON HEALTH CARE, INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Angelique Vincent-Hamacher, filed a "Mediator's Report" (Document No. 57) notifying the Court that the parties reached a settlement on August 22, 2023. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **October 16, 2023**.

**SO ORDERED**.

Signed: September 14, 2023

David C. Keesler
United States Magistrate Judge